UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  20-80674-CIV-ALTMAN

**NELSON FERNANDEZ**,

      Plaintiff,

vs.

**SHOE BOX STREET HOLDINGS, LLC,**
**a foreign limited liability company,**

      Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

      Plaintiff NELSON FERNANDEZ, through undersigned counsel, hereby gives notice of the

voluntary dismissal without prejudice of the above-styled cause.

      DATED:  October 7, 2020.


**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
4800 North Hiatus Road
Sunrise, FL  33351-7919
T. 954/362-3800
954/362-3779 (Facsimile)
Email:  rhannah@rhannahlaw.com

**LAW OFFICE OF PELAYO**
**DURAN, P.A.**
Co-Counsel for Plaintiff
4640 N.W. 7th Street
Miami, FL 33126-2309
T. 305/266-9780
305/269-8311 (Facsimile)
Email: duranandassociates@gmail.com


By____*s/ Roderick V. Hannah*_____
     RODERICK V. HANNAH
     Fla. Bar No. 435384

By ____*s/ Pelayo M. Duran*_____
     PELAYO M. DURAN
     Fla. Bar No. 0146595