**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-80674-CIV-ALTMAN**

**NELSON FERNANDEZ**

    *Plaintiff*,

v.

**SHOE BOX STREET HOLDINGS, LLC**,

    *Defendant*.

_____/

**ORDER OF DISMISSAL**

**THIS MATTER** is before the Court on the Plaintiff's Notice of Voluntary Dismissal without Prejudice [ECF No. 22]. Being fully advised, the Court hereby

**ORDERS** that this action is **DISMISSED without prejudice**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 9th day of October 2020.

                                      **ROY K. ALTMAN**
                                      **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record